

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Jacqueline Alexander v. Reserve at Autumn Creek

Appellate case number:   01-13-00212-CV

Trial court case number:  1027479

Trial court:              County Civil Court at Law No. 1 of Harris County

On March 27, 2013, appellant Jacqueline Alexander filed an affidavit of indigence in the trial court in the above-referenced appeal, and on March 28, 2013, the county clerk timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e). On April 2, 2013, the trial court timely signed an order sustaining the contest to the affidavit. *See* TEX. R. APP. P. 20.1(i)(4). If appellant wished to challenge the order sustaining the contest, appellant was required to file a motion challenging the order no later than April 12, 2013. *See* TEX. R. APP. P. 20.1(i)(2). No timely motion challenging the order sustaining the contest was filed. Accordingly, appellant is not entitled to proceed on appeal without payment of costs.

Appellant is **ORDERED** to pay the filing fee of $175.00 to this Court no later than 10 days from the date of this order, or the appeal will be dismissed. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 42.3 (allowing involuntary dismissal); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2011), § 51.941(a) (West 2005), § 101.041 (West Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

Appellant is further **ORDERED** to file within 30 days of the date of this order proof that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record or this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually    ☐ Acting for the Court

Date: <u>May 14, 2013</u>